

# THE THIRTEENTH COURT OF APPEALS

13-13-00046-CV

USAA TEXAS LLOYD'S COMPANY
v.
GAIL MENCHACA

On Appeal from the
9th District Court of Montgomery County, Texas
Trial Cause No. 09-05-04702-CV

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

July 31, 2014